

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Vera, Paul Bruce | SA14-224M |
| DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Wednesday, 6/25/14___, at ___2:00___ ☐a.m. / ☒p.m. before the Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: ___6/24/14___

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT   Page 1 of 1