"○"

FILED
CLERK, U.S. DISTRICT COURT

JAN 25 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 14-0115-AG |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |
| v. | |
| PAUL BRUCE VERA, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*nature of current allegations including repeated positive drug test results and admitted drug use,*

*lengthy criminal history, including multiple probation/parole violations*

1  and

2  B.  ( X ) The defendant has not met his burden of establishing by clear and convincing

3      evidence that he is not likely to pose a danger to the safety of any other person or the

4      community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

5      *nature of current allegations including repeated positive drug test results results and admitted*

6      *methamphetamine use, lengthy criminal history, including multiple probation/parole*

7      *violations*

8

9      IT THEREFORE IS ORDERED that the defendant be detained pending further

10     revocation proceedings.

11

12  Dated: *January 25, 2018*

13

14  _____

15  JOHN D. EARLY
    United States Magistrate Judge